ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702)316-4114

*Attorneys for Prairie Rose*
*Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>NEWPORT COAST MANAGEMENT GROUP, INC., a Nevada corporation; PRAIRIE ROSE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, aka PRAIRIE ROSE,<br><br>Defendants. | Case No.: 2:16-CV-02743-RFB-VCF<br><br>**STIPULATION AND ORDER FOR TEMPORARY STAY OF ENTIRE CASE PENDING SETTLEMENT**<br>**(First Request)** |

Plaintiffs, Federal Home Loan Mortgage Corporation and JPMorgan Chase Bank, N.A. ("Plaintiff") and Defendant, Prairie Rose Homeowners Association ("HOA"), by and through their respective attorneys stipulate as follows:

**INTRODUCTION**

1. On March 9, 2018, this court entered an order directing Plaintiffs to take action against HOA by April 8, 2018 or the court shall enter an order of dismissal for want of prosecution. ECF No. 23.

2. On April 20, 2017, the clerk of the court entered default against Defendant Newport Coast Management Group, Inc. ("Newport"). ECF No. 21.

3. On may 15, 2017, Plaintiffs filed their motion for default judgment against Newport. ECF No. 22.

1

4. On March 30, 2018, the court entered an order and declaratory judgment against Newport stating that Newport has not established title or any interest in the Property and finding that Newport never acquired legal title or interest in the Property and abandoned any interest it may ever have acquired in the Property (the "Order"). ECF No. 24. The Order provided Plaintiffs with the primary relief sought in this action. *See* Complaint, ECF No. 1.

5. On April 4, 2018, HOA filed its answer. ECF No. 26

6. In light of the Order, Plaintiffs and HOA agree that the remaining claims against HOA can be resolved though informal settlement negotiations. The parties further agree that these negotiations will result in a stipulated dismissal of the remaining claims against HOA.

7. Given the forthcoming resolution of the remaining claims against HOA and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery and continued litigation, Plaintiffs and HOA agree and request a stay of the case to give each side sufficient time and resources to finalize settlement. This stipulation is made in good faith and not for the purpose of delay.

| Dated: April 5, 2018. | Dated: April 5, 2018. |
|---|---|
| HALL, JAFFE & CLAYTON, LLP | SMITH LARSEN & WIXOM |
| By: /s/Ashlie L. Surur<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Prairie Rose*<br>*Homeowners Association* | By: /s/Christopher L. Benner<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Kate M. Weber, Esq.<br>Nevada Bar No. 11736<br>Christopher L. Benner, Esq.<br>Nevada Bar No. 8963<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>*Attorneys for Federal Home Loan Mortgage*<br>*and JPMorgan Chase Bank, N.A.* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of April, 2018.

2